UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  STEVEN MICHAEL GARRETT                    CASE NO. 20-10637
  JENNIFER MICHELLE GARRETT                 JUDGE BENJAMIN A. KAHN
  6960 PROSPECT CHURCH RD
  THOMASVILLE, NC  27360

   DEBTORS

SSN(1) XXX-XX-5680     SSN(2) XXX-XX-1474     DATE: 03/12/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $991.45<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 3984<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $496.66<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 6575<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $153.74<br>INT: .00%<br>NAME ID: 180320<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 0705<br>COMMENT: WALMART |
| CREDIT ONE BANK<br>P O BOX 98872<br>LAS VEGAS, NV  89193-8872 | $0.00<br>INT: .00%<br>NAME ID: 62568<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXX<br>COMMENT: |
| DEPT OF EDUCATION/NAVIENT<br>P O BOX 9635<br>WILKES BARRE, PA  18773 | $0.00<br>INT: .00%<br>NAME ID: 151288<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXX<br>COMMENT: |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 5072<br>CAROL STREAM, IL  60197-5072 | $248.45<br>INT: .00%<br>NAME ID: 179272<br>CLAIM #: 0027 | (U) UNSECURED<br><br>ACCT: 4195<br>COMMENT: |
| FRANKLIN COLLECTION<br>2978 W JACKSON ST<br>TUPELO, MS  38801 | $0.00<br>INT: .00%<br>NAME ID: 45739<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXX<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5680<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $4,575.09<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 8584<br>COMMENT: 221TFCL |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA  30014 | $8,980.20<br>INT: .00%<br>NAME ID: 157722<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 4653<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $991.65<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 7344<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $538.45<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 6932<br>COMMENT: |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $1,548.55<br>INT: .00%<br>NAME ID: 149311<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 2552<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $1,362.87<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 0204<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $854.59<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 8878<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5680<br>COMMENT: |
| NATIONAL FINANCE COMPANY INC<br>LYNDON SOUTHERN INS<br>151 PINNACLE PLACE<br>LITTLE RIVER, SC  29566 | $1,855.99<br>INT: .00%<br>NAME ID: 164679<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 8360<br>COMMENT: |
| NOVANT HEALTH<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $2,664.40<br>INT: .00%<br>NAME ID: 173897<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 1474<br>COMMENT: |
| NOVANT HEALTH<br>RCS/WHITEHALL<br>P O BOX 30143<br>CHARLOTTE, NC  28230-0143 | $2,575.95<br>INT: .00%<br>NAME ID: 145134<br>CLAIM #: 0029 | (U) UNSECURED<br><br>ACCT:<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $3,802.50<br>INT: 5.25%<br>NAME ID: 162216<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 1795<br>COMMENT: 04HOND,920A,920A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $10,437.55<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 10004 | (U) UNSECURED<br><br>ACCT: 1795<br>COMMENT: SPLIT |
| PIEDMONT TRIAD PHYSICIANS PLLC<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $785.60<br>INT: .00%<br>NAME ID: 183149<br>CLAIM #: 0028 | (U) UNSECURED<br><br>ACCT: 1474<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>GPCC II LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $296.44<br>INT: .00%<br>NAME ID: 183183<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 4742<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $404.73<br>INT: .00%<br>NAME ID: 183495<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 7964<br>COMMENT: 1220TFCL |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0026 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (P) PRIORITY<br>DIRECT PAY<br>ACCT: 5680<br>COMMENT:  OC,DIR,820A |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0025 | (S) SECURED<br>DIRECT PAY<br>ACCT: 5680<br>COMMENT:  OC,DIR,820A |
| RFC 2 #676<br>2630 S MAIN ST STE 103<br>HIGH POINT, NC  27263 | $0.00<br>INT: .00%<br>NAME ID: 182892<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXX<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $5,203.90<br>INT: .00%<br>NAME ID: 152268<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 1474<br>COMMENT: |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $14,906.46<br>INT: 5.25%<br>NAME ID: 172186<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 7493<br>COMMENT: 08TOYO |
| **TOTAL:** | **$63,727.22** | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court  
> 101 S. Edgeworth Street  
> P.O. Box 26100  
> Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/12/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland  
Clerk  
Chapter 13 Office  
500 W FRIENDLY AVE STE 200  
P O BOX 1720  
GREENSBORO, NC  27402-1720

cc: Debtors  
    Attorney for Debtors - Electronic Notice